# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1423

_____

United States of America,        *
        *
        Appellee,        *    Appeal from the United States
        *    District Court for the Western
    v.        *    District of Arkansas.
        *
Juan Parra,        *    [UNPUBLISHED]
        *
        Appellant.        *

_____

Submitted: August 26, 2003
Filed: September 5, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Juan Parra pleaded guilty to aiding and abetting methamphetamine distribution. Parra's November 2000 sentence included a fine of $5,000, due in full immediately but payable during and after incarceration. Two years later, Parra moved to stay execution of the fine. The district court[*] denied the motion, and Parra appeals.

We conclude Parra cannot now directly challenge the imposition of the fine, because he had only 10 days from the entry of the judgment to appeal it. See Fed. R.

_____

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Crim. P. 4(b)(1)(A). Even if we construe Parra's motion to stay as a 28 U.S.C. § 2241 attack on the collection of the fine, the motion is meritless because the Federal Bureau of Prisons has discretion to make prisoners pay on an installment basis fines due in full immediately. See Matheny v. Morrison, 307 F.3d 709, 712 (8th Cir. 2002).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-